UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:

Laura Hewitt  Chapter 13
Case No. 16-52739
Thomas J. Tucker

Debtor
_____/

ORDER CONFIRMING PLAN

      The Debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. §1325(a) are met.

      Therefore, IT IS HEREBY ORDERED that the Debtor's Chapter 13 plan, as last modified, if at all, is confirmed.

      IT IS FURTHER ORDERED that the claim of Jared L. Haddock, attorney for the Debtor, for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $ 3,500.00 in fees and $ 0.00 in expenses, and that the portion of such claim which has not already been paid, to-wit: $ 3,500.00 shall be paid by the Trustee as an administrative expense of this case.

      IT IS FURTHER ORDERED that the Debtor shall maintain all policies of insurance on all property of the Debtor and this estate as required by law and contract.

      All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

      IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

☐ The Debtor shall remit _____% of all tax refunds which Debtor received or is entitled to after commencement of the case and shall not alter withholdings without Court approval.

☐ The Debtor's Plan shall continue for no less than _____ months.

☐ The Debtor's Plan payments shall be increased to $_____ per _____ effective the ___ day of _____, _____.

☐ Creditors' rights to object to the last filed Modified Plan are preserved until_____

☑ Other:
    ☑ Debtor will amend Schedules I and J at any point in time the Debtor's income increases.
    ☑ The Plan payment amount shall be $186.92 weekly, effective October 14, 2016.
    ☑ Creditor, Wells Fargo Bank, N.A., shall be paid pursuant to its duly filed Proof of Claim as a Class 4.1 Claim in the amount of $525.10 monthly and a Class 4.2 Claim in the amount of $3,430.73 over 58 months. The Debtor is not the borrower of this loan, but has a recorded interest via Quit Claim Deed as Personal Representative of the Estate of Robert Hewitt and will remit payments on the loan. Creditor does not waive its objections to and modification of the Plan. The confirmation of this Plan is not an assumption of the underlying debt.

| APPROVED | Objections Withdrawn | |
|---|---|---|
| **/s/ Tammy L. Terry** | /s/ Crystal Price-Buckley | /s/ Jared L. Haddock |
| Tammy L. Terry (P46154) | Crystal Price-Buckley (P69921) | Jared L. Haddock (P69802) |
| Chapter 13 standing Trustee | For Creditor: Wells Fargo Bank, N.A. | Attorney for Debtor(s) |
| 535 Griswold, Suite 2100 | 31440 Northwestern Hwy., Ste. 200 | 29240 Buckingham, Suite 8C |
| Detroit, MI 48226 | Farmington Hills, MI 48334-5422 | Livonia, MI 48154 |
| (313) 967-9857 | (248) 642-2515 | 734-427-7000 |
| Mieb_ecfadmin@det13.net | EasternECF@trottlaw.com | jared@jlhaddock.com |

.

**Signed on December 20, 2016**

                                                                                                /s/ Thomas J. Tucker
                                                                                                Thomas J. Tucker
                                                                                                United States Bankruptcy Judge